**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PAWNEE LEASING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UMAR TRANS INC. and BERMET ANVARBEKOVA<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:<br><br>Amount Claimed: $314,806.04, plus prejudgment interest, attorneys' fees and costs |

**NOTIFICATION AS TO AFFILIATES / CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and NDIL-LR 3.2, Pawnee Leasing Corporation ("Pawnee") hereby identifies all parent corporations of Pawnee and all publicly held corporations owning more than 5% of Pawnee's stock as follows: Chesswood US Acquisition Co. Ltd.

PAWNEE LEASING CORPORATION,

By: /s/ Vladyslav Yuriyovych Bilyy

Debra Devassy Babu (ARDC # 06282743)
Vladyslav Yuriyovych Bilyy (BAR#: 1122135)
Darcy & Devassy PC
444 N. Michigan Avenue, Suite 3270
Chicago, IL 60611
(312)784-2400 (t)
(312)784-2410 (f)
ddevassy@darcydevassy.com
vbilyy@darcydevassy.com