**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PAWNEE LEASING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:24-cv-09621 |
| | ) | |
| v. | ) | |
| | ) | Amount Claimed: $314,806.04, plus prejudgment interest, attorneys' fees and costs |
| UMAR TRANS INC. and BERMET ANVARBEKOVA | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO WITHDRAW
VLADYSLAV Y. BILYY**

NOW COMES Plaintiff Pawnee Leasing Corporation ("Pawnee"), by and through its undersigned counsel, pursuant to Local Rule 83.17 and moves this Court for leave to withdraw the appearance of Vladyslav Y. Bilyy as counsel for Pawnee in the above-captioned case, and in support thereof, states as follows:

1. Darcy & Devassy PC represents Pawnee in the above-captioned case.

2. Vladyslav Y. Bilyy was an attorney employed by Darcy & Devassy PC, a law firm located at 444 N. Michigan Ave., Suite 3270, Chicago, IL 60611.

3. Vladyslav Y. Bilyy has left the firm and is no longer associated with Darcy & Devassy PC.

4. Pawnee will continue to be represented by other attorneys at Darcy & Devassy PC, each of whom has an appearance on file for Pawnee in the above-captioned case.

5. Permitting Vladyslav Y. Bilyy to withdraw will not delay the present case and is not otherwise inequitable.

6. Accordingly, Pawnee requests that the Court enter an Order withdrawing Vladyslav Y. Bilyy as attorney for Pawnee in the above-captioned case.

WHEREFORE, Pawnee respectfully requests that this Court grant its Motion for Leave to Withdraw Vladyslav Y. Bilyy as Counsel, enter an order withdrawing Vladyslav Y. Bilyy as counsel for Pawnee and grant such other and further relief as this Court deems just.

Dated: December 10, 2024

PAWNEE LEASING CORPORATION

By: /s/ Debra Devassy Babu

Debra Devassy Babu (ARDC#: 06282743)
Darcy & Devassy PC
444 N. Michigan Ave., Suite 3270
Chicago, IL 60611
(312) 784-2400 (t)
(312) 784-2410 (f)
ddevassy@darcydevassy.com