**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PAWNEE LEASING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UMAR TRANS INC. and BERMET ANVARBEKOVA<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-cv-09621 |

**CERTIFICATE OF SERVICE**

To: Bermet Anvarbekova
970 Waterside Court
Aurora, IL 60502

I, Debra Devassy Babu, an attorney, do hereby certify under penalties of perjury that on the 13th day of December, 2024, I caused a copy of the *Complaint* filed on October 7, 2024 and the *Summons* issued on October 8, 2024 to be served upon the aforementioned party via posting with a process server and on this 16th day of December by first class mail and certified mail by depositing the same in the U.S. Mail at 444 North Michigan Avenue, Chicago, Illinois 60611, with proper postage prepaid on this 16th day of December, 2024.

Dated: December 16, 2024

PAWNEE LEASING CORPORATION

By: /s/ Debra Devassy Babu

Debra Devassy Babu (ARDC # 06282743)
Darcy & Devassy PC
444 N. Michigan Avenue, Suite 3270
Chicago, IL 60611
(312)784-2400 (t)
(312)784-2410 (f)
ddevassy@darcydevassy.com

DARCY & DEVASSY PC
444 North Michigan Avenue
Suite 3270
Chicago, IL 60611

CERTIFIED MAIL®

9589 0710 5270 2051 0599 42

Bermet Anvarbekova
970 Waterside Ct
Aurora, IL 60502

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Se
☐ Retu
☐ Retu
☐ Certi
☐ Adult
☐ Adult
Postage
$
Total Po
$
*Sent To*

Bermet Anvarbekova
970 Waterside Ct
Aurora, IL 60502

*Street and Apt. No., or PO Box No.*
*City, State, ZIP+4®*

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2051 0599 42

JMR 2494. 23934

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bermet Anvarbekova
970 Waterside Ct
Aurora, IL 60502

9590 9402 8253 3094 4909 42

2. Article Number *(Transfer from service label)*

9589 0710 5270 2051 0599 42

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

DARCY & DEVASSY PC
444 North Michigan Avenue
Suite 3270
Chicago, IL 60611

Bermet Anvarbekova
970 Waterside Ct
Aurora, IL 60502