**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PAWNEE LEASING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UMAR TRANS INC. and BERMET ANVARBEKOVA<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-cv-09621<br><br>Judge John Robert Blakey |

**<u>DEFAULT JUDGMENT ORDER</u>**

This matter coming to be heard on Plaintiff PAWNEE LEASING CORPORATION's ("Pawnee") Motion for Default Judgment [22] against Defendants UMAR TRANS INC. ("Umar") and BERMET ANVARBEKOVA ("Anvarbekova") (collectively, the "Defendants"), who, having been served and been given proper notice, have failed to answer or otherwise appear, the Court hereby grants Pawnee's Motion [22] and enters judgment on counts I and II of the complaint in favor of Pawnee and against Umar and Anvarbekova, jointly and severally, in the total amount of $324,878.94. This judgment amount consists of: (a) damages under the Agreements and Guaranty in the principal amount of $319,138.68 (inclusive of prejudgment interest to date); and (b) Attorneys' fees and costs in the amount of $5,740.26.

Date: February 12, 2025

Entered:

John Robert Blakey
United States District Judge