**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PAWNEE LEASING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UMAR TRANS INC. and BERMET ANVARBEKOVA<br><br>Defendants. | ) | Case No. 1:24-cv-09621 |

**CERTIFICATE OF SERVICE**

To: Umar Trans Inc.
c/o Bermet Anvarbekova
970 Waterside Court
Aurora, IL 60502

Bermet Anvarbekova
970 Waterside Court
Aurora, IL 60502

I, Debra Devassy Babu, an attorney, do hereby certify under penalties of perjury that on the 13th day of February, 2025, I caused a copy of the *Minute Entry* and *Default Judgment Order* entered February 12, 2025 to be served upon the aforementioned party via Certified Mail and First-Class Mail by depositing the same in the U.S. Mail at 444 North Michigan Avenue, Chicago, Illinois 60611, with proper postage prepaid.

Dated: February 13, 2025

PAWNEE LEASING CORPORATION

By: /s/ Debra Devassy Babu

Debra Devassy Babu (ARDC # 06282743)
Darcy & Devassy PC
444 N. Michigan Avenue, Suite 3270
Chicago, IL 60611
(312)784-2400 (t)
(312)784-2410 (f)
ddevassy@darcydevassy.com