# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Pawnee Leasing Corp. v. Umar Trans Inc. and Bermet Anvarbekova

Case Number: 1:24-cv-09621

An appearance is hereby filed by the undersigned as attorney for:

Bermet Anvarbekova, deceased (as Estate of Decedent)

Attorney name (type or print): Yvette Tenenbaum

Firm: Tenenbaum Law Group

Street address: 2222 Chestnut Ave., Suite 201

City/State/Zip: Glenview, IL 60026

Bar ID Number: 6344238
(See item 3 in instructions)

Telephone Number: 847.724.0300

Email Address: yvette@lawtenenbaum.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 30, 2025

Attorney signature: S/ Yvette Tenenbaum
(Use electronic signature if the appearance form is filed electronically.)